In the Matter of the Application of CAMILLE WEIDENFELD, Appellant, for a Peremptory Writ of Mandamus against RUDOLPH KEPPLER, as President of the New York Stock Exchange, Respondent.

*Matter of Weidenfeld* v. *Keppler*, 84 App. Div. 235, affirmed.
(Argued October 6, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1903, which affirmed an order of Special Term denying a

motion for a peremptory writ of mandamus to compel defendant to restore the relator to membership in the New York Stock Exchange.

*Herbert R. Limburger, Edward Lauterbach, Henry L. Scheuerman* and *G. Thornton Warren* for appellant.

*Lewis Cass Ledyard* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.